# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:05-cv-02882-MHP

Walker v. Intel Corporation  
Assigned to: Hon. Marilyn H. Patel  
Cause: 15:15 Antitrust Litigation

Date Filed: 07/14/2005  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti-Trust  
Jurisdiction: Federal Question

**Plaintiff**

**Ian Walker**      represented by    **Ali Oromchian**
Finkelstein Thompson & Loughran
601 Montgomery Street Suite 665
San Francisco, CA 94111
415-398-8700 x102
Fax: 415-398-8704
Email: ao@ftllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine G. Pedigo**
Finkelstein Thompson & Loughran
601 Montgomery Street
Suite 665
San Francisco, CA 94111
415-398-8700
Fax: 415-398-8704
Email: cgp@ftllaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Douglas G. Thompson, Jr.**
Finkelstein Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007
202/337-8000
Fax: 202/337-8090
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karen J. Marcus**
Finkelstein Thompson & Loughran
1050 30th Street, N.W.
Washington, DC 20007
202-337-8000
Fax: 202-337-8090
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard M. Volin**
Finkelstein Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007

202-337-8000  
Fax: 202-337-8090  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Shannon P. Cereghino**  
Finkelstein Thompson & Loughran  
601 Montgomery Street Suite 665  
San Francisco, CA 94111  
415-398-8700 x103  
Fax: 415-398-8704  
Email: spc@ftllaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | |
|---|---|
| **Intel Corporation** | represented by **Christopher B. Hockett**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: chris.hockett@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joy K. Fuyuno**<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>415-393-2000<br>Fax: 415-393-2286<br>Email: joy.fuyuno@bingham.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2005 | 1 | COMPLAINT / issued summons against Intel Corporation ( Filing fee $ 250, receipt number 3374469.). Filed byIan Walker. (ga, COURT STAFF) (Filed on 7/14/2005) Additional attachment(s) added on 11/1/2005 (gba, COURT STAFF). (Entered: 07/15/2005) |
| 07/14/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 11/10/2005. Case Management Conference set for 11/17/2005 10:00 AM.. Signed by Judge Maria-Elena James on 7/14/05. (Attachments: # 1 Standing Order# 2 Consent/Decline Form)(ga, COURT STAFF) (Filed on 7/14/2005) (Entered: 07/15/2005) |
| 07/14/2005 | | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 7/14/2005) (Entered: 07/15/2005) |
| 07/14/2005 | 3 | CERTIFICATE OF SERVICE by Ian Walker re 1 Complaint (ga, COURT STAFF) (Filed on 7/14/2005) Additional attachment(s) added on 11/1/2005 (gba, COURT STAFF). (Entered: 07/15/2005) |

| | | |
|---|---|---|
| 07/27/2005 | 4 | ORDER RELATING CASES C 05-3028, C 05-2699, C 05-2700, C 05-2720, C 05-2721, C 05-2743, 05-2758, C 05-2813, C 05-2818, C 05-2823, C 05-2830, C 05-2831, C 05-2834, C 05-2858, C 05-2859, C05-2882, C 05-2897, C 05-2898, C 05-2916, and C 05-2957 to C 05-2669 MHP; Case reassigned to Judge Marilyn H. Patel for all further proceedings; Signed by Judge Marilyn Hall Patel on 7/27/2005. (awb, COURT-STAFF) (Filed on 7/27/2005) (Entered: 07/27/2005) |
| 07/28/2005 | 5 | NOTICE of Appearance by Joy K. Fuyuno (Fuyuno, Joy) (Filed on 7/28/2005) (Entered: 07/28/2005) |
| 09/15/2005 | 6 | STIPULATION *AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT* by Intel Corporation. (Hockett, Christopher) (Filed on 9/15/2005) (Entered: 09/15/2005) |
| 09/20/2005 | 7 | STIPULATION AND ORDER extending time for defendants to file responsive pleading; Signed by Judge Marilyn Hall Patel on 8/16/2005. (awb, COURT-STAFF) (Filed on 9/20/2005) (Entered: 09/20/2005) |
| 10/20/2005 | 8 | CLERK'S NOTICE re: Failure to E-File and/or Failure to Register as an E-Filer re: #1 Complaint & #3 Certificate of Service. (gba, COURT STAFF) (Filed on 10/20/2005) (Entered: 10/20/2005) |
| 10/28/2005 | 9 | STIPULATION *AND [PROPOSED] ORDER TO STAY DATES, EVENTS AND DEADLINES PENDING THE OUTCOME OF THE MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE PURSUANT TO 28 U.S.C. SECTION 1407* by Intel Corporation. (Fuyuno, Joy) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 11/01/2005 | 10 | ORDER STAYING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 10/31/2005. (awb, COURT-STAFF) (Filed on 11/1/2005) (Entered: 11/01/2005) |
| 11/17/2005 | 11 | Letter from Joy K. Fuyuno re MDL Transfer Order of November 8, 2005. (Attachments: # 1 MDL Transfer Order)(Fuyuno, Joy) (Filed on 11/17/2005) (Entered: 11/17/2005) |
| 01/05/2006 | 12 | ORDER STATISTICALLY DISMISSING CASE pending MDL determination; Signed by Judge Marilyn Hall Patel on 1/5/2006. (awb, COURT-STAFF) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| 01/10/2006 | 13 | ORDER of Transfer by the Judicial Panel on Multidistrict Litigation to transfer case to USDC for the District of Delaware (In Re Intel Corporation, Inc., Antitrust Litigation - MDL - 1717). (gba, COURT STAFF) (Filed on 1/10/2006) (Entered: 01/11/2006) |
| 01/11/2006 | 14 | Certified copy of transfer order, docket sheet along with the original case file sent to USDC for the District of Delaware (MDL - 1717). (gba, COURT STAFF) (Filed on 1/11/2006) (Entered: 01/11/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 01/17/2006 15:08:53 | | |
| **PACER Login:** ud0037 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 3:05-cv-02882-MHP |
| **Billable Pages:** 2 | **Cost:** | 0.16 |