COPY

Shannon P. Cereghino (State Bar No. 221438)
Ali Oromchian (State Bar No. 224265)
Christine G. Pedigo (State Bar No. 211425)
FINKELSTEIN, THOMPSON & LOUGHRAN
601 Montgomery Street, Suite 665
San Francisco, CA 94111
Tel: (415) 398-8700
Fax: (415) 398-8704
Email: AO@FTLLAW.COM

*Additional Counsel on Signature Page*

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IAN WALKER, individually and on behalf
of all others similarly situated,

                Plaintiff,

    v.

INTEL CORPORATION, a Delaware
Corporation, and DOES 1-100,

                Defendant.

) Case No. 05 2882
)
)
) **CERTIFICATE OF SERVICE**
)
)
)
)
)
)
)

I, Valerie M. Foo, declare under penalty of perjury that the following is true and correct:

    I am a citizen of the United States; am over the age of eighteen (18) years; am employed at the firm of FINKELSTEN, THOMPSON, & LOUGHRAN, 601 Montgomery Street, Suite 665, San Francisco, CA 94111, which has at least one member of the Bar of this Court; am not a party to the within action; and that I caused to be served a true copy of the following documents in the manner indicated below:

    (1)    **CLASS ACTION COMPLAINT**

    (2)    **CERTIFICATE OF SERVICE**

☒    **By Personal Service:** I placed a true copy of each document listed above in a sealed envelope to a messenger for personal delivery by 5:00 p.m. on this date

- 1 -

1    Executed on this 14TH Day of July, 2005 in San Francisco, CA.

2

3                                                        Valerie M. Foo

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| FINKELSTEIN, THOMPSON & LOUGHRAN<br>601 MONTGOMERY STREET SUITE 665<br>SAN FRANCISCO, CA 94111<br>(415) 398-8700 | |

ATTORNEY FOR (Name):

UNITED STATES DISTRICT COURT NORTHERN DIST. SAN FRANCISCO
NORTHERN DIST. SAN FRANCISCO
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102-3483

PLAINTIFF/PETITIONER:
WALKER

DEFENDANT/RESPONDENT:
INTEL CORPORATION

**PROOF OF SERVICE OF SUMMONS**

CASE NO:
C052882MEJ

Ref. No. or File No:

Hearing date:      Time:      Dept./Div.:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; CERTIFICATE OF SERVICE; RECEIT OF PAYMENT TO THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; DISPUTE RESOLUTION PROCEDURES PACKAGE

3. a. Party served:    INTEL CORPORATION, A CORPORATION
   b. Person served:   NANCI G. PALINTERE
                      REGISTERED AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:
         2625 WALSH BL.
         SANTA CLARA, CA.

5. Manner of service in compliance with Federal Rules of Civil Procedure
   b. on 08/31/05 at 2:45 PM by leaving copies with or in the presence of:
         KRISTINE SIEBERT-PARALEGAL
      (1)(business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) by mailing the copies to the party served 3a, addressed as shown in item 4, by first-class mail, postage prepaid



**Janney & Janney**
attorney service, inc.

1313 W. 8TH STREET SUITE 310
LOS ANGELES, CA 90017
**(213) 628-6338**
www.janneyandjanney.com

Page 1 of 2

| PLAINTIFF/PETITIONER:<br>WALKER<br>DEFENDANT/RESPONDENT:<br>INTEL CORPORATION | CASE NO:<br>C052882MEJ |
|---|---|

on 09/02/05 (2) at LOS ANGELES, CA
(5) A declaration of diligence is attached.

6.  Person who served papers
  a. V. TIM KEENE
  b. JANNEY & JANNEY ATTORNEY SVCS.
    1313 W. 8TH STREET SUITE 310
    LOS ANGELES, CA 90017
  c. (213) 628-6338

d. The fee for service was $ 155.00
e. I am: (3) Registered California
    process server
  (i)  (independent contractor)
  (ii)  Registration No.: # 749
  (iii) SANTA CLARA

7.  I declare under penalty of perjury under the laws of the United States
  of America that the foregoing is true and correct.

Date: 09/20/05
Judicial Council Form, Rule 982(a)(23) signature: *V. Tim Keene*
  1175699    psvl

**J J** **Janney & Janney**
attorney service, inc.

1313 W. 8TH STREET SUITE 310
LOS ANGELES, CA 90017
**(213) 628-6338**
www.janneyandjanney.com

Page 2 of 2

Judicial Council Form POS-010 Rule 982.9.(a)&(b) Rev July 1, 2004)

**PROOF OF SERVICE OF SUMMONS**