1   Bingham McCutchen LLP
    DAVID M. BALABANIAN (SBN 37368)
2   CHRISTOPHER B. HOCKETT (SBN 121539)
    JOY K. FUYUNO (SBN 193890)
3   Three Embarcadero Center
    San Francisco, CA  94111-4067
4   Telephone:  (415) 393-2000
    Facsimile:  (415) 393-2286
5
    Attorneys for Defendant
6   Intel Corporation

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  WALKER, et al., on behalf of itself and all others          No. C 05 2882 MHP
    similarly situated,
12                                                              NOTICE OF APPEARANCE
              Plaintiffs,
13        v.

14  INTEL CORPORATION, a Delaware
    corporation,
15
              Defendant.
16

17

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE ATTORNEYS FOR

19  PLAINTIFF(S) IN THIS ACTION:

20            PLEASE TAKE NOTICE THAT David M. Balabanian, Christopher B. Hockett

21  and Joy K. Fuyuno, of Bingham McCutchen LLP, Three Embarcadero Center, Suite 1800, San

22  Francisco, CA 94111, members of the State Bar of California admitted to practice before this

23  Court, have been retained by, and hereby appear as counsel for, Defendant Intel Corporation.  In

24  addition, Richard A. Ripley, of Bingham McCutchen LLP, 1120 20th Street, NW, Suite 800,

25  Washington, DC  20036, member of the Bar of the District of Columbia and the State Bar of

26  / / /

21628779.1                                                              Case No. C 05 2882

                              NOTICE OF APPEARANCE

1   Pennsylvania, will apply to appear *pro hac vice* in this action as counsel on behalf of Defendant

2   Intel Corporation.

3   DATED:  July 28, 2005

4

5                                          Bingham McCutchen LLP

6

7                              By:                /s/ Joy K. Fuyuno
                                              Joy K. Fuyuno
8                                          Attorneys for Defendant
                                           Intel Corporation
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

21628779.1                                       2                              Case No. C 05 2882

NOTICE OF APPEARANCE