BINGHAM McCUTCHEN LLP
DAVID M. BALABANIAN (SBN 37368)
CHRISTOPHER B. HOCKETT (SBN 121539)
JOY K. FUYUNO (SBN 193890)
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, a Delaware Corporation,<br><br>Defendant. | No. C-05-2882-MHP<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO COMPLAINT |

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Pursuant to Civil L.R. 6-2, Plaintiff Ian Walker and Defendant Intel Corporation ("Intel") hereby stipulate that Intel's response to Plaintiff's complaint shall be due the earlier of (1) 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied. The parties request this extension of time to answer or otherwise respond because Plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C-05-2743 (N.D. Cal., filed July

1   5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-trial proceedings

2   per 28 U.S.C. Section 1407, and the above-captioned action has been identified as a related

3   action to that petition. As a result, the outcome of the pending petition will impact significantly

4   the schedule of this case.

5         This is the first stipulation between the parties. Because this litigation has just

6   begun, granting such a stipulation will not have any negative impact on the schedule of this case.

7   IT IS HEREBY STIPULATED.
    DATED: September 14, 2005

8

9                               BINGHAM McCUTCHEN LLP

10

11                      By:_____/s/ Joy K Fuyuno_____
                                Joy K. Fuyuno

12                              Attorneys for Defendant
                                Intel Corporation

13

14

15  DATED: September 15, 2005

16                            FINKELSTEIN, THOMPSON & LOUGHRAN

17

18                    By:____Ali Oromchian____/V.M.F.

19                              Ali Oromchian

20                              Attorneys for Plaintiff
                                Ian Walker

21

22

23

24

25

26

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due the earlier of (1) 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings pursuant to 28 U.S.C. Section 1407 or such time for response that the transferee Court may require for any action made part of the same MDL, or (2) 45 days after any such motion has been denied.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: September _____, 2005

_____
Honorable Marilyn H. Patel
United States District Judge